# EXHIBIT 1



Morgan Pietz <mpietz@pietzlawfirm.com>

## Activity in Case 1:14-cv-00223-MJG Malibu Media, LLC v. Doe Sealed Document

**Morgan Pietz** <mpietz@pietzlawfirm.com>   Tue, Jun 10, 2014 at 3:31 PM
To: Jon Hoppe <jhoppe@mhhhlawfirm.com>
Cc: John Lowe <johnlowe@johnlowepc.com>, Gabe Quearry <gq@quearrylaw.com>

Jon,

Any update on this?  Last week, John Lowe told me you were checking with your client, but I have not heard anything since.

 As Gabriel Quearry (newly cc'd) explains in his declaration, he does not believe that the information is properly designated as confidential and that it is not subject to any protective order.  Nevertheless, and as I explained in the reply itself, we did the filing under seal, as a courtesy to you and your client, in case you disagree and have some theory we missed about why any of the information in Gabe's declaration, or his accompanying exhibit, should be deemed confidential.

The court's local rule on sealing documents suggests some urgency to this kind of issue.  So if I do not have a convincing explanation from you by the end of the week as to why this needs to remain sealed, I am going to have to file an application to unseal Gabe's declaration and accompanying exhibit.  If you agree that it should not be deemed confidential, then we should file a joint stipulation to unseal those items.  If you can convince me that the information should remain under seal, I would be happy to join in a stipulation to that effect.  However, at present, I have a hard time imagining what could be appropriately deemed confidential with respect to Gabe's declaration and the accompanying exhibit.

Best regards,
Morgan


Morgan E. Pietz
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Ph: (310) 424-5557
Fx: (310) 546-5301
www.pietzlawfirm.com


On Sat, May 31, 2014 at 2:12 AM, Morgan Pietz <mpietz@pietzlawfirm.com> wrote:
> Jon H.,
>
> I am not sure if you get a copy of any "Sealed Documents" so please see attached.
>
> Let me know if you think this needs to stay sealed.  If so, please explain your theory as to why.  One way or another, we should file something saying either we agree it shouldn't be sealed, or that it should, first thing next week.
>
> I really do not think it needs to be sealed, but since its your client's info, and there is a protective order of some sort in the subject case, I thought I would at least let you weigh in before I filed it publicly.
>
> Best regards,
> Morgan
>
> Morgan E. Pietz
> THE PIETZ LAW FIRM
> 3770 Highland Ave., Ste. 206
> Manhattan Beach, CA 90266
> mpietz@pietzlawfirm.com
> Ph: (310) 424-5557
> Fx: (310) 546-5301
> www.pietzlawfirm.com
>
>
> ---------- Forwarded message ----------
> From: <MDD_CM-ECF_Filing@mdd.uscourts.gov>
> Date: Sat, May 31, 2014 at 2:04 AM
> Subject: Activity in Case 1:14-cv-00223-MJG Malibu Media, LLC v. Doe Sealed Document
> To: MDDdb_ECF@mdd.uscourts.gov

...

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

District of Maryland

### Notice of Electronic Filing

The following transaction was entered by Pietz, Morgan on 5/31/2014 at 5:04 AM EDT and filed on 5/31/2014
**Case Name:**         Malibu Media, LLC v. Doe
**Case Number:**       1:14-cv-00223-MJG
**Filer:**
**Document Number:** 28

**Docket Text:**
**Sealed Document. (Attachments: # (1) Exhibit A - Screenshot of Files)(Pietz, Morgan)**

**1:14-cv-00223-MJG Notice has been electronically mailed to:**

John C Lowe &nbsp &nbsp johnlowe@johnlowepc.com, john.lowe@finnegan.com

Jon Alexander Hoppe &nbsp &nbsp jhoppe@mhhhlawfirm.com

Morgan E Pietz &nbsp &nbsp mpietz@pietzlawfirm.com, lrudolph@pietzlawfirm.com

**1:14-cv-00223-MJG Notice will not be electronically delivered to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=5/31/2014] [FileNumber=5199528-0
] [6b306f0a75f98ae73f2e327bb24ec4f9799918a4e66c15c8c2bc468dc07c014a7dc
5e7ec04b6625af73232a8a7f0db4af37d0c0f83713fd9dabcde5e9e862d4f]]
**Document description:** Exhibit A - Screenshot of Files
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=5/31/2014] [FileNumber=5199528-1
] [447c64e7bd78619acebda96f3e00c3121bc18e9e71bd0d00b180f1b20ed263b78fd
fc75bf15da45e18339477772d207bb32658a90cf08ba98d3f13d6d3f5268d]]